# EXHIBIT B

EMINENT ABSTRACT, INC.

Title Number: SS#973

MORTGAGE SCHEDULE

### (1). MORTGAGE :

| | |
|---|---|
| William LaManna and Patricia LaManna | Dated: 09-09-99 |
| To | Rec'd: 05-08-00 |
| Department of Planning and Economic | Liber: 202987 page 614 |
| Development of the Town of Hempstead | Amount: $7,000.00 |

### (1A) SUBORDINATION AGREEMENT:

| | |
|---|---|
| Town of Hempstead Department of Planning | Dated: 01-13-15 |
| And Economic Development | Rec'd: 02-02-15 |
| To | Liber: 40185 page 29 |
| Wells Fargo Bank, NA | |

This agreement subordinates Mortgage 1 to Mortgage 2

### (2). MORTGAGE :

| | |
|---|---|
| William LaManna and Patricia LaManna | Dated: 02-04-05 |
| To | Rec'd: 04-08-05 |
| Washington Mutual Bank | Liber: 28636 page 1 |
| | Amount: $130,000.00 |

### (2A) ASSIGNMENT:

| | |
|---|---|
| Washington Mutual Bank fka Washington | Dated: 04-09-07 |
| Mutual Bank, FA | Rec'd: 04-26-07 |
| To | Liber: 31822 page 742 |
| Wells Fargo Bank, NA | |

### (2B). MODIFICATION AGREEMENT :

| | |
|---|---|
| William LaManna and Patricia LaManna | Dated: 02-28-14 |
| To | Rec'd: 06-25-14 |
| Wells Fargo Bank, NA | Liber: 39764 page 60 |

This agreement modifies Mortgage 2, reciting new money in the amount of $30,766.41 for a new principal balance of $144,126.35.