UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

PATRICIA LAMANNA,
a/k/a PATRICIA ROSE MCCALLAN

Debtor.
-----------------------------------------------------------------X

Index No. 18-73782 (REG)

Chapter 7

STATE OF NEW YORK  )
                   ) s.s.:
COUNTY OF SUFFOLK  )

      COOPER J MACCO, being duly sworn deposes and says: deponent is not a party to this action, is over 18 years of age and resides in Huntington, New York.

      On July 31, 2018, deponent served the within:

- Notice Of Hearing On Motion For An Order: (I) Authorizing The Trustee To Conduct A Public Auction Sale Of Certain Residential Real Property Free And Clear Of All Liens, Claims, And Encumbrances; and (II) Approving The Terms Of Sale For Public Auction Sale
- Motion For An Order: (I) Authorizing The Trustee To Conduct A Public Auction Sale Of Certain Residential Real Property Free And Clear Of All Liens, Claims, And Encumbrances; and (II) Approving The Terms Of Sale For Public Auction Sale

upon the following parties at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

TO: **OFFICE OF THE UST**
Office of the U.S. Trustee
Long Island Federal Courthouse
560 Federal Plaza
Central Islip, NY 11722

**ALL PARTIES AND NOTICES OF APPEARANCE**
*See Attached List*

**DEBTOR**
Patricia Lamanna
a/k/a Patricia Rose McCallan
107 Wilson Place
Bellmore, NY 11710

**DEBTOR'S COUNSEL**
Neil Ackerman, Esq.
Ackerman Fox, LLP
90 Merrick Avenue, Suite 400
East Meadow, NY 11554

                                                                                                                               _____
                                                                                                                                    COOPER J MACCO

Sworn to before me this
9th day of July, 2018
_____
NOTARY PUBLIC
RICHARD L STERN
Notary Public, State of New York
No. 02ST4665096, Suffolk County
Commission Expires April 30, 20__

| | | |
|---|---|---|
| Patricia Rose Lamanna<br>107 Wilson Place<br>Bellmore, NY 11710-3402 | Ally Bank<br>PO Box 130424<br>Roseville, MN 55113-0004 | Maltz Auctions, Inc.<br>39 Windsor Place<br>Central Islip, NY 11722-3301 |
| Santander Consumer USA Inc. dba Chrysler Cap<br>c/o Stewart, Zlimen & Jungers, Ltd.<br>2860 Patton Road<br>Roseville, MN 55113-1100 | Wells Fargo Bank, N.A.<br>c/o Frenkel Lambert et al.<br>53 Gibson Street<br>Bay Shore, NY 11706-8369 | 290 Federal Plaza<br>Central Islip, NY 11722-4437 |
| Ally Financial<br>200 Renaissance Ctr<br>Detroit, MI 48243-1300 | Amex Dsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| CBNA<br>P.O. Box 6189<br>Sioux Falls, SD 57117-6189 | Capital One<br>P.O. Box 30253<br>Salt Lake City, UT 84130-0253 | Chrysler Capital<br>P.O. Box 961275<br>Fort Worth, TX 76161-0275 |
| Comenity Bank/Spiegel<br>P.O. Box 182789<br>Columbus, OH 43218-2789 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Frenkel Lambert Weiss<br>Weisman & Gordon LLP<br>53 Gibson Street<br>Bay Shore, NY 11706-8369 | Mazda America Cr<br>9009 Caruthers Pkwy<br>Franklin, TN 37067-1704 | Nassau Educators FCU<br>264 E Merrick Rd<br>Valley Stream, NY 11580-6034 |
| Sears/CBNA<br>P.O. Box 6283<br>Sioux Falls, SD 57117-6283 | Syncb/Care Credit<br>P.O. Box 965036<br>Orlando, FL 32896-5036 | Syncb/Evine<br>P.O. Box 965005<br>Orlando, FL 32896-5005 |
| Syncb/Linen N Things<br>P.O. Box 965005<br>Orlando, FL 32896-5005 | Syncb/Lord & Taylor<br>P.O. Box 965015<br>Orlando, FL 32896-5015 | Syncb/PC Richard<br>P.O. Box 965036<br>Orlando, FL 32896-5036 |
| Teachers Federal<br>Credit Union<br>102 Motor Pkwy<br>Hauppauge, NY 11788-5109 | Town of Hempstead<br>Dept. of Planning & Eco D<br>200 North Franklin Street<br>First Floor<br>Hempstead, NY 11550-1331 | United States Trustee<br>Long Island Federal Courthouse<br>560 Federal Plaza - Room 560<br>Central Islip, NY 11722-4456 |
| Village Plaza Realty<br>141 Broadway<br>Malverne, NY 11565-1634 | (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 | Neil H Ackerman<br>Ackerman Fox, LLP<br>90 Merrick Avenue<br>Suite 400<br>East Meadow, NY 11554-1500 |