Case 8-18-73782-reg    Doc 25    Filed 08/22/18    Entered 08/22/18 14:48:49

UNITED STATES BANKRUPCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re:

PATRICIA ROSE LAMANNA

Case No.:18-73782-reg

                    Debtor.
----------------------------------------------------------------X

## ORDER FOR RETENTION
## OF ATTORNEYS FOR TRUSTEE

Upon the application of RICHARD L. STERN, ESQ., trustee of the above captioned estate, dated June 21, 2018, seeking an Order authorizing him to employ and retain the law firm of MACCO & STERN, LLP, as attorneys in the within proceeding, under the provisions of a General Retainer, and upon the affidavit of MICHAEL J. MACCO, a member of the firm of MACCO & STERN, LLP, stating that the said law firm has no present connection with any of the creditors, and further that they represent no adverse interest to the above estate in the matters upon which they are to be engaged, and it appearing that it is necessary for the Trustee to retain such counsel, it is

ORDERED, that RICHARD L. STERN, ESQ., Chapter 7 trustee be, and he hereby is, authorized to retain the law firm of MACCO & STERN, LLP,  as attorneys to represent him in the within proceeding under a General Retainer effective as of the bankruptcy filing date of June 4, 2018 and it is further

ORDERED, that no compensation or reimbursement of expenses shall be paid Macco & Stern, LLP for professional services rendered to the Trustee, except under a proper application and by further order of this Court following a hearing on notice pursuant to Sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules, and it is further

ORDERED, that ten business days prior to any increase in Attorney's rates for any individual employed by the Attorney and retained by the Trustee pursuant to court order, Attorney shall file a supplemental affidavit with the Court setting forth the basis for the requested rate increase pursuant to 11 U.S.C. Sections 330(a)(3)(F).  Parties in interest, including the United States Trustee, retain all rights to object to or otherwise respond to any rate increase on any and all grounds, including, but not limited to, the reasonableness standard under 11 U.S.C. Section 330.  Supplemental affidavits are not required for rate increases effective on or after the date the Trustee submits the Trustee's Final Report to the United States Trustee.



Dated: Central Islip, New York　　　　　　　　　　　　/s/ Robert E. Grossman
   August 22, 2018　　　　　　　　　　　　　　　United States Bankruptcy Judge