UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
In re:

PATRICIA LAMANNA,
  a/k/a PATRICIA ROSE MCCALLAN

                Debtor.
------------------------------------------------------------------- X

Index No. 18-73782 (REG)

Chapter 7

## ORDER APPROVING COMPROMISE AS TO THE DEBTOR'S HOMESTEAD EXEMPTION PURSUANT TO BANKRUPTCY RULE 9019

**UPON** the motion (the "Motion") of Richard L. Stern, Esq. (the "Trustee"), the chapter 7 trustee of the estate of Patricia Lamanna a/k/a Patricia Rose McCallan (the "Debtor"), the above-referenced debtor, for an order approving a compromise pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure; and notice of the Motion being good and sufficient, and no further notice being necessary nor required; and no objections to the Motion having been filed or received; and after due deliberation and sufficient cause appearing therefore, it is hereby:

      **ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that the *Stipulation of Settlement* (the "Settlement"), dated July 18, 2018, between the Trustee and the Debtor is approved pursuant to Bankruptcy Rule 9019(a); and it is further

      **ORDERED**, that the Trustee is hereby authorized and directed to take such actions as are necessary to consummate and implement the terms of the Settlement.

**SO ORDERED:**



Dated: Central Islip, New York
       August 23, 2018

/s/ Robert E. Grossman
**Robert E. Grossman**
**United States Bankruptcy Judge**