UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
In re:

PATRICIA LAMANNA,
a/k/a PATRICIA ROSE MCCALLAN

                  Debtor.
------------------------------------------------------------------- X

Index No. 18-73782 (REG)

Chapter 7

### ORDER: (I) AUTHORIZING THE TRUSTEE TO CONDUCT A PUBLIC AUCTION SALE OF CERTAIN RESIDENTIAL REAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES; AND (II) APPROVING THE TERMS OF SALE FOR PUBLIC AUCTION SALE

**UPON** the motion (the "Motion")[1] of Richard L. Stern, Esq. (the "Trustee"), the chapter 7 trustee of the estate of Patricia Lamanna a/k/a Patricia Rose McCallan (the "Debtor"), by and through his counsel, Macco & Stern, LLP, seeking an entry of an order: (i) authorizing the Trustee to conduct a public auction sale of the real property located at, and known as, 107 Wilson Place, Bellmore, New York 11710 (the "Real Property"), free and clear of all liens, claims and encumbrances; (ii) approving the terms of sale for the public auction sale; (iii) directing the Debtor and all occupants of the Real Property to vacate from the premises; and upon the affidavits of service of the Approval Order and the Affidavit of Non-Compliance; and the Court having found that entry of this order is fair and reasonable and in the best interest of the Debtor's estate and its creditors; and sufficient cause having been shown therefore, and no additional notice being necessary or required; and after due deliberation by the Court;

      **ORDERED**, that the Motion is granted; and it is further

---

[1] All capitalized terms used but not herein defined shall have the meaning ascribed in the Motion.

**ORDERED**, that the Trustee is authorized to conduct a public Auction Sale of the Real Property located at, and known as, 107 Wilson Place, Bellmore, New York 11710, free and clear of all liens, claims and encumbrances against the Real Property; and it is further

**ORDERED**, that the Bid Procedures are approved and shall govern the any and all bids relating the Real Property; and it is further

**ORDERED**, that all bids for the Real Property shall be submitted in accordance with the Bid Procedures; and it is further

**ORDERED**, that the public Auction Sale of the Real Property will occur on a date to and location to be announced at least 30 days in advance on the Auctioneer's website; and it is further

**ORDERED**, that the Closing of title for the Real Property shall occur on a date that is not more than thirty (30) days after the entry of an order approving the results of the Auction Sale; and it is further

**ORDERED**, that the Trustee is authorized to do such things, execute such documents, and expend such funds, as may be reasonably and necessary to effectuate the terms of this and conditions of this Order and take exclusive possession of the Real Property; and it is further

**ORDERED**, that the Court shall retain exclusive jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.



Dated: Central Islip, New York
August 23, 2018

Robert E. Grossman
United States Bankruptcy Judge